IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON HUNTER, BILLY FORD BEY, and JAMES LITTLE, </br></br>Plaintiffs,</br></br>vs.</br></br>THOMAS KNAPP, *et al.*,</br></br>Defendants. | )</br>)</br>)</br>)</br>)     CIVIL NO. 07-364-MJR</br>)</br>)</br>)</br>)</br>) |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

Plaintiff **Billy Ford Bey**, a prisoner proceeding *pro se*, has filed a civil action pursuant to 42 U.S.C. § 1983.  Despite correspondence from the Clerk, Plaintiff has not yet paid the $350 filing fee for this action, nor has he filed a properly supported motion for leave to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.  Based on the law currently in effect in this circuit, all plaintiffs in a joint prisoner action are required to pay a full filing fee.  *Boriboune v. Berge*, 391 F.3d 852 (7th Cir. 2004).

**IT IS HEREBY ORDERED** that, within **THIRTY (30) DAYS** of the date of the entry of this order, Plaintiff **Billy Ford Bey** shall pay the $350 filing fee applicable to this action.  In the alternative, Plaintiff may file a motion to proceed *in forma pauperis*, supported by a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint and an affidavit that includes a statement of his assets.  Plaintiff is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is Plaintiff's

responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court. Plaintiff is **FURTHER ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed; such an obligation will exist whether or not Plaintiff is granted leave to proceed *in forma pauperis.* 28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch,* 133 F.3d 464, 467 (7th Cir. 1998).

    **IT IS FURTHER ORDERED** that upon conclusion of this thirty-day period, should Plaintiff **Billy Ford Bey** fail to comply with this order, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

    **IT IS SO ORDERED.**

    **DATED this 20th day of August, 2007.**

    **s/ Michael J. Reagan**
    **MICHAEL J. REAGAN**
    **United States District Judge**