**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JASON HUNTER,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) CIVIL NO. 07-364-MJR |
| | ) |
| **THOMAS KNAPP,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

Plaintiffs, prisoners proceeding pro se, filed a civil case pursuant to 42 U.S.C. § 1983. On August 20, 2007, the Court entered an Order directing Plaintiff Billy Ford Bey to either pay the full $350 filing fee or submit a proper motion to proceed *in forma pauperis* within thirty days (Doc. 20). Plaintiff Billy Ford Bey was advised that his failure to comply with the order would result in the dismissal of his claims. More than thirty days have passed and Plaintiff Billy Ford Bey still has not either paid the full $350 filing fee or submitted a proper motion to proceed *in forma pauperis*. Furthermore, mail sent by the Clerk of Court to Plaintiff Billy Ford Bey has repeatedly been returned as undeliverable (Docs. 6 and 22). Consequently, it appears that Plaintiff Billy Ford Bey has not complied with Local Rule 3.1(b) which requires him to keep the Clerk of Court advised as to any change of address. Therefore, Plaintiff Billy Ford Bey's claims will be dismissed, with prejudice, for failing to comply with the Court's Order. *See* Fed. R. Civ.

P. 41(b).

**IT IS SO ORDERED.**

**DATED this 12th day of October, 2007.**

<u>s/ Michael J. Reagan</u>
**MICHAEL J. REAGAN**
**United States District Judge**